UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 16-27832 |
| Chance R Gibboney ) | | |
| Krista M Gibboney ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | Kane | |
| Debtor(s) ) | | |

## ORDER MODIFYING DEBTORS' PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN, the Court being advised in the premises, with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED THAT:

1. Debtors' current Chapter 13 plan is modified post-confirmation to defer the current trustee default to the end of the plan and

2. The Plan base shall remain the same.

Enter: *Janet S. Baer*

Honorable Janet S. Baer

United States Bankruptcy Judge

Dated:  February 16, 2018

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600